# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

ANTONIO ANDRE WALKER, :
:
      **Plaintiff,** :
VS. :
: NO. 5:16-CV-00478-MTT-MSH
DR. BUTTS, :
:
      **Defendant.** :
_____ :

## ORDER

*Pro se* Plaintiff Antonio Andre Walker, who was most recently confined at the Georgia Diagnostic and Classification Prison in Jackson, Georgia, filed a Complaint pursuant to 42 U.S.C. § 1983 alleging that she was being denied medical treatment she requires as a transgender female. In an Order dated February 2, 2017, the United States Magistrate Judge advised Plaintiff that she had failed to allege sufficient facts to show that the sole named Defendant in this case was deliberately indifferent to her serious medical needs. The Magistrate Judge thus directed Plaintiff to amend her Complaint by recasting her statement of claims. Plaintiff was warned that her failure to comply with the Magistrate Judge's Order could result in dismissal of Plaintiff's action. Plaintiff was further advised to immediately notify the Court in writing of any change in her mailing address. Plaintiff was given twenty-one (21) days to comply with the Magistrate Judge's Order. ECF No. 5 at 2-4, 5.

The time for compliance passed without a response from Plaintiff. Thus, on March 13, 2017, the Magistrate Judge ordered Plaintiff to respond and show cause why

her lawsuit should not be dismissed for failure to comply with the Court's orders and instructions. Plaintiff was again given twenty-one (21) days to respond, warned that failure to respond would result in the dismissal of her Complaint, and reminded of her obligation to inform the Court of any address change. ECF No. 6 at 1-2.

The time for compliance again passed with no response from Plaintiff. In addition, the Court's order to show cause was returned as undeliverable. *See* ECF No. 7. Accordingly, because of Plaintiff's failure to comply with the Court's instructions and orders, her failure to otherwise diligently prosecute this action, and because it does not appear her claims would be barred by the applicable statute of limitations, her Complaint shall be **DISMISSED without prejudice**. *See* Fed. R. Civ. P. 41; *see also Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir.1978)).

**SO ORDERED**, this 28th day of April, 2017.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT